FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 9 N. WAVERLY PL., LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>AMGUARD INSURANCE COMPANY, ANTHONY SANDIN, SANDIN & CO., LLC, d/b/a SANDIN INSURANCE GROUP,<br><br>                Defendants. | NO: 4:23-CV-5156-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice. ECF No. 31. The parties agree that all claims in this action should be dismissed with prejudice and without costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 31, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 21, 2025.



THOMAS O. RICE
United States District Judge